# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JESSIE J. WATSON**　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

**V.**　　　　　　　　　　**NO. 3:25-cv-00023-ERE**

**FRANK BISIGNANO, Commissioner**
**of the Social Security Administration**　　　　　　　　　　　　**DEFENDANT**

## JUDGMENT

Consistent with today's Order, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of Defendant.

DATED 22 July 2025.

_____
UNITED STATES MAGISTRATE JUDGE